UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SARAH MAYHEW, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 6:18-cv-00008-RWS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | Dated:  July 5, 2018 |
| HYSLIP & TAYLOR, LLC, LPA | LOCKE LORD LLP |
| By: /s/ Jeffrey S. Hyslip <br> Jeffrey S. Hyslip, Esq. <br> Ohio Bar No. 0079315 <br> 3323 W. Diversey Ave., Ste. 5 <br> Chicago, IL  60647 <br> Telephone:  312-380-6110 <br> Fax:  312-361-3509 <br> jeffrey@lifetimedebtsolutions.com | By: /s/ Matthew H. Davis <br> Matthew H. Davis, Esq. <br> SBN: 24069580 <br> 2200 Ross Avenue, Suite 2800 <br> Dallas, TX  75201-6776 <br> Telephone: 214-740-8315 <br> Fax: 214-756-8315 <br> mdavis@lockelord.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon all counsel of record.

s/ Jeffrey S. Hyslip