**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SARAH MAYHEW, § § § Plaintiff, § § v. § § WELLS FARGO BANK, N.A., § § § Defendant. § | CIVIL ACTION NO. 6:18-CV-00008-RWS |

**FINAL JUDGMENT**

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Docket No. 18).

Accordingly, it is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

All pending motions are **DENIED AS MOOT**.

All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

**SIGNED this 9th day of July, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE